**Ramonita GARCIA FIGUEROA, Plaintiff,**

v.

**Louis W. SULLIVAN, Defendant.**

**Civ. No. 87–1223(PG).**

United States District Court,
D. Puerto Rico.

Feb. 26, 1990.

William Domínguez Torres, San Juan, P.R., for plaintiff.

José F. Blanco, Asst. U.S. Atty., Hato Rey, P.R., for defendant.

**ORDER**

PEREZ–GIMENEZ, Chief Judge.

Before us is counsel's petition requesting a fee award under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Counsel requests the approval of a fee in the amount of $1,525.50 for a total of 18 hours of legal work expended in this case. The government opposes counsel's petition to grant an award in excess of $75.00 per hour.

██ The statute provides:
The amount of fees awarded under this subsection shall be based upon prevailing market rates for the kind and quality of the services furnished except that … attorney fees shall not be awarded in excess of $75 per hour unless the Court determines that an increase in the cost of

living or a special factor such as the limited availability of qualified attorneys for the proceedings involved justifies a higher fee. (underscoring ours) 28 U.S.C. § 2412(d)(2)(A).

It is clear that the cost of living fee increases should not be automatic. *Bunn v. Bowen,* 637 F.Supp. 464, 475 (E.D.N.C. 1986). Rather, discretion is given to the courts. *Sierra Club v. Secretary of the Army,* 820 F.2d 513, 521–23 (1st Cir.1987).

We find that the increases above the rate of $75 should be awarded sparingly and only after particularized and careful analysis of the individual facts of the case. *Baker v. Bowen,* 839 F.2d 1075, 1082 (5th Cir.1988).

In the instant case, after an evaluation of the special factors presented, we see no need to depart from the $75–per–hour rate set forth in the EAJA. Only in rare circumstances should the $75 rate be adjusted. *Baker v. Bowen, supra,* 1082, 1084.

WHEREFORE, in view of the foregoing, counsel is awarded attorney's fees under the EAJA in the amount of $1,350.00 for 18 hours of legal work, at the statutory rate of $75 per hour.

IT IS SO ORDERED.